# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0557
LT Case No. 2021-CF-003751-A

_____

WALLACE GILMORE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Wallace Gilmore, Jr., Monticello, pro se.

No Appearance for Appellee.


July 16, 2024


PER CURIAM.

AFFIRMED.


MAKAR, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____